**WEST CORZINE, LLP**
Eugene F. West, Esq. (State Bar No. 102033)
250 N. Westlake Blvd., Ste. 100
Westlake Village, California 91362
Tel.: (805) 388-5887
Fax: (805) 370-1613
E-mail: efwest@westcorzinelaw.com

Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff, OLD REPUBLIC INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| ZENITH INSURANCE COMPANY,<br>Plaintiff,<br>vs.<br>OLD REPUBLIC INSURANCE COMPANY and ST PAUL FIRE & MARINE INSURANCE COMPANY,<br>Defendants. | Case No. 5:16-cv-07219-HRL<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT** |
| AND RELATED CROSS-ACTIONS | Date: March 15, 2018<br>Time: 9:00 am<br>Dept: 4, 5th Floor |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on March 15, 2018, at 9:00 a.m., or as soon thereafter as this matter may be heard in Courtroom 4, 5th Floor, of the United Stated District Court for the Northern District of California, San Jose Division, located at 280 South 1st Street, San Jose, California, defendant, Old Republic Insurance Company ("ORIC") will and does hereby move this Court for an Order granting summary judgment pursuant to Rule 56 of the Federal Rules of Civil

Procedure in favor of ORIC and against plaintiff, Zenith Insurance Company ("Zenith") in the form of a declaratory judgment that ORIC policy number MWTB 22027 is a policy of fleet insurance and California Insurance Code § 11580.9(d) is inapplicable to determine priority of insurance coverage on this fleet policy.

The Motion is based on the grounds that the California Insurance Code § 11580.9(d), is inapplicable to determine priorty of coverage under ORIC policy number MWTB 22027, as the accident vehicle is neither described nor rated as an owned vehicle in said policy. This motion specifically addresses Zenith's claims against ORIC as alleged in the first, second and third claims for relief in the complaint.

This Motion is based upon this Notice, the concurrently filed Memorandum of Points and Authorities, Separate Statement of Undisputed Facts and Conclusions of Law, the Declaration of Anne Wachtler, the Declaration of Nicholas Moore, the Declaration of Eugene F. West, Esq., and exhibits thereto, the Request for Judicial Notice, the Proposed Statement of Decision and Order and such other and further oral and documentary evidence as may be submitted at the hearing on this Motion.

Dated: January 28, 2018

**WEST CORZINE LLP**

By: ______________________
Eugene F. West, Esq.
Attorney for Defendant,
Counterclaimant and Third-Party
Plaintiff, Old Republic Insurance

West Corzine LLP
INSURANCE & BUSINESS ATTORNEYS