Karen L. Uno (SB #117410)
kuno@bkscal.com
David P. Borovsky (SB #216588)
dborovsky@bkscal.com
BECHERER KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile: (510) 658-1151

Attorneys for Plaintiff ZENITH INSURANCE COMPANY and Third Party Defendant RAMIREZ HARVEST COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ZENITH INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>OLD REPUBLIC INSURANCE COMPANY and ST. PAUL FIRE & MARINE INSURANCE COMPANY;<br><br>Defendants. | CASE No. 5:16-cv-07219-EJD<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date: March 15, 2018<br>Time: 9:00 a.m.<br>Judge: Hon. Edward J. Davila |
| And related Counter-Claim and Third Party Complaint. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on March 15, 2018, at 9:00 a.m., or as soon thereafter as this matter may be heard in Courtroom 4, 5th Floor, of the United States District Court for the Northern District of California, San Jose Division, located at 280 South 1st Street, San Jose, California, plaintiff Zenith Insurance Company ("Zenith") will and does hereby move this Court for an Order granting summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure in favor of Zenith and against defendant Old Republic Insurance Company ("ORIC") in the form of: (1) a declaratory judgment that by virtue of California Insurance Code section 11580.9(d), ORIC policy number MWTB 22027 (the "ORIC Policy") provides primary insurance for the accident at issue in the underlying ***Grant*** lawsuit; and (2) an order that ORIC is therefore obligated to reimburse Zenith for the sum of $500,000, plus all attorney's fees incurred by Zenith in defense of the ***Grant*** lawsuit, plus prejudgment interest on those amounts, for the sum total of $908,642.15, or such other amount as ordered by the Court.

This motion is based on the grounds that the ORIC Policy both "described" and "rated" the 2008 Chevrolet Silverado (with VIN #1GCEC14X88Z293180) vehicle driven by Rafael Resendiz and involved in the accident at issue in the ***Grant*** lawsuit, within the meaning of California Insurance Code section 11580.9(d).

This motion is based on this Notice, the concurrently filed Memorandum In Support, the Separate Statement of Undisputed Facts, the Declaration of Don Van Parys, the Declaration of David Borovsky, the Declaration of Karen Uno, the Declaration of Anna Maria Bereczky-Anderson, the Request for Judicial Notice, and such other and further oral and documentary evidence as may be submitted at the hearing on this Motion.

///

///

///

///

///

///

Respectfully submitted,

Dated: February 1, 2018

BECHERER KANNETT & SCHWEITZER

By: ______________________

KAREN L. UNO
DAVID P. BOROVSKY
Attorneys for Plaintiff ZENITH INSURANCE COMPANY and Third Party Defendant RAMIREZ HARVEST COMPANY, INC.