**WEST CORZINE, LLP**
Eugene F. West, Esq. (State Bar No. 102033)
250 N. Westlake Blvd., Ste. 100
Westlake Village, California 91362
Tel.: (805) 388-5887
Fax: (805) 370-1613
E-mail: efwest@westcorzinelaw.com

Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff, OLD REPUBLIC INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| ZENITH INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>OLD REPUBLIC INSURANCE COMPANY and ST PAUL FIRE & MARINE INSURANCE COMPANY,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. 5:16-cv-07219-EJD<br><br>**DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS**<br><br>Date: March 15, 2018<br>Time: 9:00 am<br>Dept: 4, 5th Floor |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

Defendant, OLD REPUBLIC INSURANCE COMPANY, hereby submits the following Response to Plaintiff's Separate Statement of Undisputed Facts in Support of its Opposition to Plaintiff's Motion for Judgment:

/ / / /

/ / / /

/ / / /

| **Claim or Defense** | **Plaintiff's Undisputed Facts / Supporting Evidence** | **Defendants' Response / Supporting Evidence** |
|---|---|---|
| **General Facts** | | |
| 1. On July 23, 2013, plaintiff John K. Grant filed a personal injury lawsuit in Monterey County Superior Court, Case No. M124128 (the "***Grant*** complaint"). The complaint alleged a single cause of action for negligence arising from an automobile accident that took place on June 20, 2013, in which the plaintiff alleges that he was driving his vehicle on US 101 near Salinas when he was struck by a 2008 Chevy Silverado driven by Rafael Resendiz and sustained injuries as a result. | **Plaintiff's RJN, Ex. 1** (***Grant*** Complaint).<br><br>**Dkt. No. 1** (Plaintiff's Complaint) ¶9.<br><br>**Dkt. No. 20** (ORIC's Answer) ¶9. | **UNDISPUTED** |
| 2. The ***Grant*** complaint named the following defendants who were allegedly negligent and responsible for his injuries: (1) the driver of the Taylor truck, Mr. Resendiz; (2) Taylor Fresh Foods, Inc. dba Taylor Farms, alleged to be the owner of the truck and an employer of Mr. Resendiz; | **Plaintiff's RJN, Ex. 1** (***Grant*** complaint). | **UNDISPUTED** |

West Corzine LLP — Insurance & Business Attorneys

| | | |
|---|---|---|
| and (3) Ramirez Harvest Company, also alleged to be an employer of Mr. Resendiz. | | |
| 3. On July 11, 2016, the ***Grant*** lawsuit was settled for the total sum of $3 million, in exchange for a release of all defendants. The settlement was funded on an equal shares basis by Zenith and ORIC. ORIC paid $1.5 million under its Business Auto Policy, and Zenith paid $1.5 million (the $1 million limit under the Zenith Commercial Auto Policy plus $500,000 under the Zenith Commercial Umbrella Policy). | **Dkt. No. 1** (Plaintiff's Complaint) ¶22.<br><br>**Dkt. No. 20** (ORIC's Answer) ¶22. | **UNDISPUTED** |
| 4. The 2008 Chevy Silverado truck, VIN # 1GCEC14X88Z293180 which was involved in the ***Grant*** lawsuit accident (the "Accident Vehicle"), was owned by Taylor Farms Retail, Inc., an insured under the ORIC policy (discussed below). | **Uno Decl., Ex. A** [Golden Depo.] p. 15:3 – 14, 16:13 – 17:10, Ex. 2 to Golden Depo. (Certificate of Title).<br><br>**Dkt. No. 20** (ORIC Counterclaim) ¶11. | **UNDISPUTED** |
| 5. Taylor Farms Retail owned the Accident Vehicle since approximately January of 2012, including at the time | **Uno Decl., Ex. A** [Golden Depo.] p. 15:3 – 14, 16:13 – 17:10, Ex. 2 to Golden Depo. | **UNDISPUTED** |

West Corzine LLP
INSURANCE & BUSINESS ATTORNEYS

| | | |
|---|---|---|
| of the June 20, 2013 automobile accident. | (Certificate of Title).<br><br>**Dkt. No. 20** (ORIC Counterclaim) ¶11. | |
| 6. Taylor sent a request to Aon (Taylor's insurance broker at the time) to add the Accident Vehicle to its schedule of owned vehicles on January 10, 2012. | **Borovsky Decl. Ex. A** [Ouye Depo.] p. 25:9-26:13, Ex. 3 to Ouye Depo. (January 10, 2012 email exchange). | Objection: Irrelevant, but **UNDISPUTED** |
| 7. Aon (and later Alliant) sent "proof of insurance" cards to Taylor for the Accident Vehicle, including January 2012, March 2012, and (only days before the accident) on June 17, 2013. | **Borovsky Decl. Ex. A** [Ouye Depo.] p. 27:3 – 28:19, 33:19 – 35:4, 37:15-40:11, Ex. 4 to Ouye Depo. (January 10, 2012 email with insurance cards), Ex. 6 to Ouye Depo. (March 16, 2012 email with insurance cards), Ex. 7 to Ouye Depo. (June 17, 2013 email with insurance cards). | Objection: Irrelevant, but **UNDISPUTED** |
| 8. ORIC issued Business Auto Policy No. MWTB 22027 to Taylor Fresh Foods, Inc. Taylor Farms Retail, Inc. and related entities (collectively "Taylor"), which was in effect from May 1, 2013 to May 1, 2014. This policy has a $2 million per | **Dkt. No. 37-1** [Moore Declaration] p. 10, 11, 24. | **UNDISPUTED** |

West Corzine LLP — Insurance & Business Attorneys

| | | |
|---|---|---|
| accident limit. The declarations for the ORIC policy contains a field for "SCHEDULE OF COVERED AUTOS YOU OWN" under which ORIC inserted the language, "ON FILE WITH THE COMPANY." | | |
| 9. The estimated total premium indicated on the declarations for the ORIC Policy is $756,264.00. | **Uno Decl. Ex. B** [ORIC 30(b)(6) Depo.] p. 25:9-18.<br><br>**Dkt. No. 37-1**, [Moore Decl.] p. 10. | **UNDISPUTED** |
| 10. Zenith issued Commercial Auto Policy No. CFP 00008508-01 to Ramirez Harvest Company, Inc., in effect, from June 17, 2013 to June 17, 2014, with a $ 1 million per accident limit (the "Zenith Commercial Auto Policy"). The premium charged to Ramirez for this policy was $650.00. | **Van Parys Decl., Ex. A.** | **UNDISPUTED** |
| 11. In addition, Zenith issued a commercial umbrella policy, policy No. CFP 00008508-01 to Ramirez Harvest Company, in effect from June 17, 2013 to June 17, 2014, with a $2 million each | **Van Parys Decl., Ex. B**. | **UNDISPUTED** |

| | | |
|---|---|---|
| occurrence limit (the "Zenith Commercial Umbrella Policy"). | | |
| **Issue #1 – The ORIC Policy "Rated" The Accident Vehicle As An Owned Vehicle** | | |
| 12. The ORIC Policy contains a "composite rate endorsement" that accurately describes the process used by ORIC and Old Republic Risk Management to calculate premium for the ORIC Policy. | **Uno Decl., Ex. B** [ORIC 30(b)(6) Depo.] p. 19:25-20:5, Ex. 9 to same deposition (Moore Decl.), p. Moore 0028. | **DISPUTED**<br><br>**Wachtler decl.,** ¶¶ 11, 15, 16 (Document 51); **Moore decl,.** ¶¶ 12, 13, 14, 15, 17 & 18 (Document 52) |
| 13. ORRM is a wholly owned subsidiary of ORIC, and is responsible for the supervision and management of policies that are issued by ORIC. | **Uno Decl., Ex. B** [ORIC 30(b)(6) Depo.] p. 8:25 – 9:6. | **UNDISPUTED** |
| 14. Per the composite rate endorsement, the first step in determining premium is to consider the number of vehicles reported by the insured to ORIC. | **Uno Decl., Ex. B** [ORIC 30(b)(6) Depo.] p. 20:18-21:16, Ex. 9 to same deposition (Moore Decl.), p. Moore 0028. | **DISPUTED**<br><br>**Wachtler decl.,** ¶¶ 11, 15, 16 (Document 51); **Moore decl,.** ¶¶ 12, 13, 14, 15, 17 & 18 (Document 52) |
| 15. For the ORIC Policy, the vehicle count reported at inception was 321. | **Uno Decl., Ex. B** [ORIC 30(b)(6) Depo.] p. 23:19-22, Ex. 9 to same | **UNDISPUTED** |



WC West Corzine LLP INSURANCE & BUSINESS ATTORNEYS

| | | |
|---|---|---|
| | deposition (Moore Decl.), p. Moore 0028. | |
| 16. For the ORIC Policy, ORIC received a schedule of vehicles to verify the initial vehicle count of 321 vehicles, which is part of the ORIC underwriting file. | **Uno Decl., Ex. B** [ORIC 30(b)(6) Depo.] 26:18-27:23. | **UNDISPUTED** |
| 17. The "composite rate" charged for each vehicle is specified on the composite rate endorsement: $1,965.7165 per power unit for "auto liability" and $386.6262 per power unit for "auto physical damage". | **Uno Decl., Ex. B** [ORIC 30(b)(6) Depo.] p. 22:20-23:1; Ex. 9 to same deposition (Moore Decl.), p. Moore 0028. | **UNDISPUTED** |
| 18. As explained by the Composite Rate Endorsement, the initial premium charge for the ORIC policy was calculated by multiplying the beginning count of vehicles of 321 by the composite rate of $1,965.7165 for "Auto Liability" coverage for each vehicle resulting in a premium charge of $630,995. Also, for each of the 321 vehicles there was a charge of $386.6262 for "Auto Phys. Damage" coverage for a premium | **Uno Decl., Ex. B** [ORIC 30(b)(6) Depo.] Ex. 9 to same deposition (Moore Decl.), p. Moore 0028. | **DISPUTED**<br><br>**Wachtler decl.,** ¶¶ 11, 15, 16 (Document 51); **Moore decl,.** ¶¶ 12, 13, 14, 15, 17 & 18 (Document 52) |





West Corzine LLP INSURANCE & BUSINESS ATTORNEYS

| | | |
|---|---|---|
| charge of $124,107. The sum of these figures, $630,995 and $124,107, with the addition of a minor "surcharge" of $1,162 comprise the total premium charged for the ORIC policy at inception of $756,624. | | |
| 19. The composite rate applied to each vehicle to determine the premium charge was based upon a number of factors including but not limited to loss history, number of vehicles to be insured, amount of deductible, type of vehicle, and garage location. | **Uno Decl., Ex. C** [Moore Depo.] p. 32:2-33:19, 35:13 – 36:16, Ex. 30 (ARU Loss Rating Model).<br><br>**Uno Decl. Ex. B** [ORIC 30(b)(6) Depo.] p. 28:3-25. | **DISPUTED**<br><br>**Wachtler decl., ¶¶** 11, 15, 16 (Document 51); **Moore decl,. ¶¶** 12, 13, 14, 15, 17 & 18 (Document 52) |
| 20. As set forth by the Composite Rate Endorsement, the final premium for the ORIC Policy is only determined after a "final vehicle total" based upon an "ending" vehicle count is reported to ORIC following the expiration of the policy. | **Uno Decl., Ex. B** [ORIC 30(b)(6) Depo.] pp. 21:17-22:5; 22:6-9; Ex. 9 to same deposition (Moore Decl.) p. Moore 0028. | **UNDISPUTED** |
| 21. The final premium to be charged to the ORIC Policy was determined by totaling the beginning and ending counts, dividing this by two (averaging) and multiplying this by the | **Uno Decl., Ex. B** [ORIC 30(b)(6) Depo.] p. 22:10 – 16; 48:15-23; Ex. 9 to same deposition (Moore Decl.) p. | **UNDISPUTED** |





WC West Corzine LLP INSURANCE & BUSINESS ATTORNEYS

| | | |
|---|---|---|
| composite rate. | Moore 0028. | |
| 22. The "ending count" of 344 vehicles for the Policy was calculated by Pyramid Audit Solutions ("Pyramid"), a company hired by ORIC to perform the audit for the ORIC Policy. | **Uno Decl., Ex. B** [ORIC 30(b)(6) Depo.] p. 11:20 – 12:1; 17:2-8; 50:12-51:21; 51:25-52:8, 53:7-12, Ex. 14 to same deposition (Pyramid Audit Form), p. ORIC 1957. | **UNDISPUTED** |
| 23. Pyramid received an audit request form dated June 12, 2014 from ORIC for the Policy, which indicated (among other things) that ORIC had estimated 321 power units for the Policy. | **Uno Decl., Ex. D** [Chiaramonte Depo.] p. 18:17 – 19:9; 23:10-22, Ex. 20 to Chiaramonte deposition (Audit Request Form). | **UNDISPUTED** |
| 24. Pyramid understood the request to seek a determination of the vehicle count for the insured as of May 1, 2014, the expiration date of the ORIC Policy. | **Uno Decl., Ex. D** [Chiaramonte Depo.] p. 23:3 – 25:1, Ex. 20 to Chiaramonte deposition (Audit Request Form). | **UNDISPUTED** |
| 25. Pyramid sent the request form to auditor David Goldschlag, who met with Taylor to perform the audit. | **Uno Decl., Ex. D** [Chiaramonte Depo.] p. 26:22-27:2.<br><br>**Uno Decl. Ex. E** [Goldschlag Depo.] p. 12:12 – 17, 17:14 – 18:9, Ex. 20 to Goldschlag | **UNDISPUTED** |

| | | |
|---|---|---|
| | deposition (Audit Request Form). | |
| 26. The auditor (Mr. Goldschlag) then prepared an Audit Report and sent it back to Pyramid along with a Vehicle Schedule that was provided to him by Taylor. | **Uno Decl., Ex. D** [Chiaramonte Depo.] p. 29:8 – 25; Exhibit 21 to Chiaramonte deposition (Audit Report); 30:20 – 31:11; Exhibit 22 to Chiaramonte deposition (Vehicle Schedule).<br><br>**Uno Decl. Ex. E** [Goldschlag Depo.] 16:7 – 17:3, Exhibit 21 to Goldschlag deposition (Audit Report); 29:17 – 22; 33:7 – 11; Ex. 22 to Goldschlag deposition (Vehicle Schedule). | **UNDISPUTED** |
| 27. The Pyramid Audit Report prepared by the auditor (Mr. Goldschlag) contains a vehicle end count of 344. | **Uno Decl., Ex. D** [Chiaramonte Depo.] Exhibit 21 to Chiaramonte deposition (Audit Report) p. PYRAMID 0002 and 0004.<br><br>**Uno Decl. Ex. E** [Goldschlag Depo.] p. 20:20 -21:13; Exhibit 21 to | **UNDISPUTED** |

West Corzine LLP
INSURANCE & BUSINESS ATTORNEYS

| | | |
|---|---|---|
| | Goldschlag deposition (Audit Report), p. PYRAMID 0002 and 0004. | |
| 28. In calculating the total vehicle count of 344, the auditor (Mr. Goldschlag) considered a list of vehicles provided by Taylor and took into account the listed additions and deletions specified by the insured in determining that number. | **Uno Decl. Ex. E** [Goldschlag Depo.] p. 20:20-21:13, 25:10 – 26:18. | **UNDISPUTED** |
| 29. The Accident Vehicle was one of the vehicles counted by the auditor (Mr. Goldschlag) in reaching his total of 344 vehicles. | **Uno Decl. Ex. E** [Goldschlag Depo.] p. 26:19 – 28:12, Ex. 22 to Goldschlag deposition (Vehicle Schedule) p. PYRAMID 0082. | **UNDISPUTED** |
| 30. On October 7, 2014, Pyramid sent the Audit Report and Vehicle Schedule to ORIC. | **Uno Decl., Ex. D** [Chiaramonte Depo.] p. 31:21 – 33:17, Ex. 21 to Chiaramonte deposition (Audit Report) and Ex. 22 to Chiaramonte deposition (Vehicle Schedule). | **UNDISPUTED** |
| 31. The Vehicle Schedule sent by Pyramid to ORIC references 344 "Total Power Units" on the first | **Uno Decl., Ex. D** [Chiaramonte Depo.] Exhibit 22 to Chiaramonte | **UNDISPUTED** |

West Corzine LLP INSURANCE & BUSINESS ATTORNEYS

| | | |
|---|---|---|
| page, and specifically identifies the Accident Vehicle by VIN number, year, make, model, other information. | deposition (Vehicle Schedule), p. PYRAMID 0019 (reference to 344 vehicles total); PYRAMID 0082 (reference to Accident Vehicle). | |
| 32. The final vehicle count of 344 was used by ORIC to determine the final premium calculated for the ORIC Policy. | **Uno Decl., Ex. B** [ORIC 30(b)(6) Depo.] p. 51:25-52:8, 53:7-12. | **DISPUTED**<br><br>**Moore decl,. ¶¶** 19 (Document 52) |
| 33. Specifically, to determine additional premium owed on the ORIC Policy, ORIC took an average of the initial vehicle count of 321 and ending vehicle count of 344, which results in a figure of 332.5. | **Uno Decl., Ex. B** [ORIC 30(b)(6) Depo.] p. 49:25-50:7, 50:8-11, 75:18-76:6, Ex. 13 to same deposition (ORIC Audit Form), p. ORIC 1655. | **UNDISPUTED** |
| 34. That number, 332.5, was rounded up to 333 and then multiplied by the composite rate per unit in order to calculate additional premium for the Policy. | **Uno Decl., Ex. B** [ORIC 30(b)(6) Depo.] p. 76:7-25;<br><br>**Uno Decl., Ex. C** [Moore Depo.] p. 41:3 – 21, Ex. 32 to Moore deposition (ORIC Audit Form), Ex. 33 to Moore deposition (ORIC Audit Calculation | **UNDISPUTED** |

West Corzine LLP INSURANCE & BUSINESS ATTORNEYS

| | | |
|---|---|---|
| | Form). | |
| 35. Because that number (333) was higher than the original vehicle count of 321, ORIC charged Taylor an additional $28,229.00 in premium after the audit was complete. | **Uno Decl., Ex. B** [ORIC 30(b)(6) Depo.] p. 65:15 – 66:7; Ex. 9 to same deposition (Moore Decl.), p. Moore 260. | **UNDISPUTED** |
| 36. That additional premium charge was set forth in an endorsement to the ORIC Policy that stated the endorsement was "effective 05/01/13" the inception date of the policy. | **Uno Decl., Ex. B** [ORIC 30(b)(6) Depo.] Ex. 9 to same deposition (Moore Decl.), p. Moore 260. | **UNDISPUTED** |
| | | **Additional Fact:** The rating of group captive policies, including policy MWTB 22027, was done by the captive manager, ARU, as a single program, not for individual insureds or individual policies.<br><br>Wachtler decl., ¶¶ 5-6; Moore decl., ¶ 13. The renewal information requested from insureds by ARU does not include particularization or identification of vehicles.<br><br>Wachtler decl., ¶ 12, Ex. 2 |
| | | **Additional Fact:** The auto liability insurance for the captive group |

| | | |
|---|---|---|
| | | is not rated based on the value, age, make, model, use or location of any vehicle.<br><br>Moore decl., ¶ 16. |
| | | **Additional Fact:** The factors used by ARU and ORIC to develop the composite rate for the captive's auto coverage include contributions to the dividend pool, the risk sharing pool, the total loss pool, reinsurance costs and expenses including administration fee, retail administration fee, fronting fee, broker fees, captive fees, claim administration fees, and taxes.<br><br>Wachtler decl., ¶¶ 14 - 16, and Ex. 3.; Moore decl., ¶ 13. |
| | | **Additional Fact:** The elements of the composite rate do not involve particularization of any vehicle. Indeed, particular vehicles are not a factor in the rating of the policy.<br><br>Wachtler decl., ¶¶ 7 & 18. |
| | | **Additional Fact:** ARU as captive manager assigns premium and expense components among the captive members and issues renewal quotes to each member of the captive. |

| | | |
|---|---|---|
| | | Wachtler decl., ¶ 7. |
| | | **Additional Fact:** Once a policy premium is assigned, a composite rate per unit is determined by dividing the total number of vehicles into the total policy premium.<br><br>Moore decl., ¶ 17, Ex. 2. |
| | | **Additional Fact:** The policy does not particularize a rate for any particular vehicle.<br><br>Moore decl., ¶ 17, Ex. 2. |
| | | **Additional Fact:** The policy does not charge a premium for every particular vehicle in an insured's fleet in any policy year.<br><br>Moore decl., ¶¶ 19-20. |
| | | **Additional Fact:** The final premium adjustment (credit or debit) is determined based on the average number of vehicles in the fleet, applying the composite rate to the average number of vehicles, and deducting the initial premium from the final premium.<br><br>Moore decl., ¶¶ 18-19, Ex., 3 & 4. |
| **Issue #2 – The ORIC Policy "Describes" The** | | |

| | | |
|---|---|---|
| **Accident Vehicle As An Owned Vehicle** | | |
| 28. In calculating the total vehicle count of 344, the auditor (Mr. Goldschlag) considered a list of vehicles provided by Taylor and took into account the listed additions and deletions specified by the insured in determining that number. | **Uno Decl., Ex. E** [Goldschlag Depo.] p. 20:20-21:13, 25:10 – 26:18. | **UNDISPUTED** |
| 29. The Accident Vehicle was one of the vehicles counted by the auditor (Mr. Goldschlag) in reaching his total of 344 vehicles. | **Uno Decl., Ex. E** [Goldschlag Depo.] p. 26:19 – 28:12, Ex. 22 to Goldschlag deposition (Vehicle Schedule) p. PYRAMID 0082. | **UNDISPUTED** |
| 30. On October 7, 2014, Pyramid sent the Audit Report and Vehicle Schedule to ORIC. | **Uno Decl., Ex. D** [Chiaramonte Depo.] p. 31:21 – 33:17, Ex. 21 to Chiaramonte deposition (Audit Report) and Ex. 22 to Chiaramonte deposition (Vehicle Schedule). | **UNDISPUTED** |
| 31. The Vehicle Schedule sent by Pyramid to ORIC references 344 "Total Power Units" on the first page, and specifically identifies the Accident Vehicle by VIN number, | **Uno Decl., Ex. D** [Chiaramonte Depo.] Exhibit 22 to Chiaramonte deposition (Vehicle Schedule), p. PYRAMID 0019 | **UNDISPUTED** |

West Corzine LLP
INSURANCE & BUSINESS ATTORNEYS

| | | |
|---|---|---|
| year, make, model, other information. | (reference to 344 vehicles total); PYRAMID 0082 (reference to Accident Vehicle). | |
| 32. The final vehicle count of 344 was used by ORIC to determine the final premium calculated for the ORIC Policy. | **Uno Decl., Ex. B** [ORIC 30(b)(6) Depo.] p. 51:25-52:8, 53:7-12. | **DISPUTED**<br><br>**Moore decl,.** ¶¶ 19 (Document 52) |
| 37. The Declarations page for Policy No. MWTB 22027, effective May 1, 2013 to May 1, 2014 ("the Policy") contains a section entitled "Item Three – Schedule of Covered Autos You Own". In this field, the Declarations states "ON FILE WITH THE COMPANY" under Item 3. | **Uno Decl., Ex. B** [ORIC 30(b)(6) Depo.] Exh. 9 to same deposition (Moore Decl.) p. Moore 0011. | **UNDISPUTED** |
| 38. ORIC has confirmed that this phrase is a reference to "vehicle lists that are within [ORIC's] underwriting files". | **Uno Decl., Ex. B** [ORIC 30(b)(6) Depo.] p. 45:12-46:2, Ex. 9 to same deposition (Moore Decl.) p. Moore 0011. | **UNDISPUTED** |
| 39. The ORIC underwriting files for Taylor include a spreadsheet dated January 8, 2014 that lists the Accident Vehicle as a "Light Truck", and | **Uno Decl., Ex. B** [ORIC 30(b)(6) Depo.] p. 54:8-17, Ex. 15 to same deposition (January 8, 2014 spreadsheet), p. ORIC | Objection: Irrelevant, but **UNDISPUTED** |

West Corzine LLP INSURANCE & BUSINESS ATTORNEYS

| | | |
|---|---|---|
| identifies the truck by year, make, model, vehicle ID #, garage zip code, state, original cost new, radius, type and "class code." | 01719. | |
| | | **Additional Fact:** Policy number MWTB-22027 does not particularize or describe owned vehicles.<br><br>Moore decl., ¶¶ 6-8; Wachtler decl., ¶ 8. |
| | | **Additional Fact:** Individual vehicles are not scheduled on any policy issued to members of The Terra Captive.<br><br>Moore decl., ¶¶ 6-7; Wachtler decl., ¶ 8. |
| | | **Additional Fact:** There is nothing in policy number MWTB 22027 (or any other Terra captive auto policy) that makes the contents of a vehicle list a part of the policy. The policy declarations page indicates that the company has a list on file but nothing in the declarations page or elsewhere in the policy makes a vehicle list or vehicle schedule a part of the policy.<br><br>Moore decl., ¶ 8; |

| | | |
|---|---|---|
| | | Wachtler decl., ¶ 18. |
| | | **Additional Fact:** The "list on file with the company" is provided to ORIC by the captive manager after coverage is rated and bound but the list serves no purpose in coverage determinations, no underwriting purpose and it is not used in the rating of the policy.<br><br>Moore decl., ¶ 11; Wachtler decl., ¶ 17. |
| | | **Additional Fact:** The information used by ARU and ORIC for policy renewal does not include a list or schedule of vehicle.<br><br>Wachtler decl., ¶ 10-11, Ex. 2; Moore decl., ¶ 12. |
| | | **Additional Fact:** No vehicle list or schedule of vehicles is contained in the "Forms Index" or in policy MWTB-22027.<br><br>Moore decl., ¶ 10. |
| | | **Additional Fact:** The list of vehicles ORIC received from ARU upon issuance of MWTB-22027, did not identify, describe or particularize a 2008 Chevrolet Silverado, vehicle identification number |



WC West Corzine LLP INSURANCE & BUSINESS ATTORNEYS

| | | |
|---|---|---|
| | | 1GCE14X88Z293180.<br><br>Moore decl., ¶¶ 21-22, Ex. 5. |

Dated: February 14, 2018

**WEST CORZINE LLP**

By: ______________________

Eugene F. West, Esq.
Attorney for Defendant, Counterclaimant and Third-Party Plaintiff, Old Republic Insurance